SCWC-28501

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RICHARD MARVIN III, and AMY MARVIN, individually and as Next
Friends of IVY MAE MARVIN, SADIE MARVIN, SAVANNAH MARVIN and
ANABELLE MARVIN, minors; WYLIE HURD; NICHOLAS FRED MARVIN,
individually and as Next Friend of ALANA MARVIN, minor; AARON
MARVIN; BARBARA NELSON; JEFFREY McBRIDE; MARITA ZIMMERMAN,
individually and as Next Friend of TEVA DEXTER and LIKO McBRIDE,
minors,

Petitioners/Plaintiffs-Appellees,

vs.

JAMES PFLUEGER, PFLUEGER PROPERTIES; and PILA'A 400, LLC,
Respondents/Defendants-Appellants.

---

JAMES PFLUEGER, PFLUEGER PROPERTIES; and PILA'A 400, LLC,
Respondents/Counterclaimants-Appellants,

vs.

RICHARD MARVIN III; AMY MARVIN; NICHOLAS FRED MARVIN and JEFFREY
McBRIDE, Petitioners/Counterclaim-Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 02-1-0068)

<u>AMENDED ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, J., for the court[1])

Petitioners' application for writ of certiorari filed on September 28, 2010, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, November 12, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Peter Van Name Esser
and Teresa Tico for
petitioners on the
application

---

[1]Considered by:  Nakayama, Acting C.J., Acoba, and Duffy, JJ., Circuit Judge Wilson, in place of Recktenwald, C.J., recused, and Circuit Judge Border assigned by reason of vacancy.